UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-10130-MDC-7

PHILIP SIRACUSA and JULIA C. SIRACUSA  Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                       Bankr. Case No. 20-10130-MDC-7

PHILIP SIRACUSA and JULIA C. SIRACUSA                                          Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 15, 2020 :

| | |
|---|---|
| PAUL H YOUNG | ROBERT H HOLBER |
| 3554 HULMEVILLE RD | 41 EAST FRONT STREET |
| BENSALEM, PA  19020 | MEDIA, PA  19063 |

By  /s/ Mandy Youngblood_____
    Mandy Youngblood

xxxxx01339 / 1009985