IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
PHILIP SIRACUSA
JULIA C. SIRACUSA

Debtor : Bankruptcy No. 20-10130

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 14th day of February, 2020, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and attorney for Debtor, Paul H. Young, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is May 3, 2020.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until July 13, 2020 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____    _____
Robert H. Holber, Esquire           Paul H. Young, Esquire
Chapter 7 Trustee                   Counsel for Debtor

ORDER

AND NOW, this 24th day of February, 2020, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge