United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Philip Siracusa
Julia C Siracusa
    Debtors

Case No. 20-10130-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: JEGilmore    Page 1 of 2    Date Rcvd: Feb 24, 2020
                 Form ID: pdf900    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.
```
db/jdb         +Philip Siracusa,    Julia C Siracusa,    1750 Deer Path Road,    Easton, PA 18040-8163
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14449477      ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
14455387       +Bayview Loan Servicing, LLC,    C/O Rebecca A. Solarz, Esquire,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14449481       +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
14449482       +Credit Acceptance Corp,    Po Box 5070,    Southfield, MI 48086-5070
14449485       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14449487       +I C System,   Po Box 64378,    Saint Paul, MN 55164-0378
14449488        Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14449490       +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
14449491       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2020 03:40:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2020 03:40:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 25 2020 03:40:11
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
14456173        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 25 2020 03:40:11
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14449478       +E-mail/Text: bky@americanprofit.net Feb 25 2020 03:40:27     American Profit Recove,
                 34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
14449479       +E-mail/Text: vbailey@ashwoodfinancial.com Feb 25 2020 03:40:35     Ashwood Financial Inc,
                 6325 S East St Ste A,    Indianapolis, IN 46227-7111
14449480       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 25 2020 03:40:28
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14449483       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 25 2020 03:40:36     Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
14449484       +E-mail/Text: bknotice@ercbpo.com Feb 25 2020 03:40:24     Enhanced Recovery Co L,
                 Po Box 57547,    Jacksonville, FL 32241-7547
14449486       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 25 2020 03:40:11     Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
14449489       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 03:45:56     Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
                                                                                                TOTAL: 11
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: JEGilmore              Page 2 of 2                  Date Rcvd: Feb 24, 2020
                              Form ID: pdf900              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Philip  Siracusa support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Joint Debtor Julia C Siracusa support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :Chapter 7
    PHILIP SIRACUSA                               :
    JULIA C. SIRACUSA                             :
                                                    :
        Debtor                                :Bankruptcy No. 20-10130

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 14th day of February, 2020, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and attorney for Debtor, Paul H. Young, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is May 3, 2020.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until July 13, 2020 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____      _____
Robert H. Holber, Esquire             Paul H. Young, Esquire
Chapter 7 Trustee                     Counsel for Debtor

**ORDER**

AND NOW, this 24th day of February, 2020, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge