### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip Siracusa<br>Julia C. Siracusa aka Julia C Ricca<br>　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Bayview Loan Servicing, LLC<br>　　　　　　　　　　Movant<br>vs. | NO. 20-10130 MDC |
| Philip Siracusa<br>Julia C. Siracusa aka Julia C Ricca<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>　　　　　　　　　　Trustee | |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1750 Deer Path Road, Easton, PA 18040 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property~~.

_____  3/4/2020
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Philip Siracusa
1750 Deer Path Road
Easton, PA 18040

Julia C. Siracusa aka Julia C Ricca
1750 Deer Path Road
Easton, PA 18040

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Robert H. Holber Esq.
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532