Certificate Number: 03621-PAE-DE-034057346

Bankruptcy Case Number: 20-10130



03621-PAE-DE-034057346

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2020, at 4:50 o'clock PM EST, Philip K Siracusa completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 6, 2020     By:  /s/Frances Palenzuela

Name:  Frances Palenzuela

Title:  Credit Counselor

Certificate Number: 03621-PAE-DE-034057348

Bankruptcy Case Number: 20-10130



03621-PAE-DE-034057348

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 6, 2020</u>, at <u>4:50</u> o'clock <u>PM EST</u>, <u>Julia C Siracusa</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 6, 2020</u>              By:    <u>/s/Frances Palenzuela</u>

                                          Name:  <u>Frances Palenzuela</u>

                                          Title: <u>Credit Counselor</u>