United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Philip Siracusa
Julia C Siracusa
     Debtors

Case No. 20-10130-pmm
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore     Page 1 of 1     Date Rcvd: Jul 20, 2020
                       Form ID: 195      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.
db/jdb       +Philip Siracusa,    Julia C Siracusa,    1750 Deer Path Road,    Easton, PA 18040-8163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 21 2020 05:27:42
            Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,    Arlington, TX 76096-3853
                                                                                               TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:
         PAUL H. YOUNG    on behalf of Debtor Philip  Siracusa support@ymalaw.com,    ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         PAUL H. YOUNG    on behalf of Joint Debtor Julia C Siracusa support@ymalaw.com,    ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
         ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com
         ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
          rholber@ecf.axosfs.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                        : Chapter 7

Philip Siracusa and Julia C Siracusa              : Case No. 20−10130−pmm
      Debtor(s)

## *ORDER*

    AND NOW, this day , July 20, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                By The Court

                                                                Patricia M. Mayer
                                                                Judge , United States Bankruptcy Court